THE STATE OF OHIO, APPELLEE, *v.* JACKSON, APPELLANT.

[Cite as *State v. Jackson* (1994), 71 Ohio St.3d 104.]

(No. 94–1487—Submitted October 11, 1994—Decided December 7, 1994.)

*Joseph T. Deters,* Hamilton County Prosecuting Attorney, and *L. Susan Laker,* Assistant Prosecuting Attorney, for appellee.

*Ishmael Jackson, pro se.*

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated therein.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.